UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VALERIE J. PITTS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:12-cv-01001-DML-TWP |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## Judgment

The court having made its entry on September 27, 2013, it is ADJUDGED that the decision of the Commissioner that Valerie J. Pitts is not entitled to Disability Insurance Benefits based on her application filed on January 18, 2002, is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the court's entry according to 42 U.S.C. § 405(g).

So ORDERED.

Date: 09/27/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *Philip A Gordon*
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system